UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANI TOMA, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>JPMORGAN CHASE BANK N.A, et al.,<br><br>                    Defendants. | Case No.: 26-cv-2805-RSH-MSB<br><br>**ORDER ON JOINT MOTION FOR EXTENSION OF TIME**<br><br>[ECF No. 5] |

Before the Court is the Parties' "Joint Stipulation to Permit Plaintiffs to File a First Amended Complaint and Extend Defendant's Time to Respond to the First Amended Complaint." ECF No. 5. Pursuant to Civil Local Rule 7.2(b), the Court construes the stipulation as a joint motion. Civil L.R. 7.2(b) ("Any stipulation for which court approval is sought must first be filed as a 'joint motion.'").

Under Rule 15(a)(2), "[a] party may amend its pleading only with the opposing party's written consent or the court's leave." Because Defendant has consented to Plaintiffs' filing of a First Amended Complaint, Plaintiffs need not obtain leave of Court. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1006 (9th Cir. 2015); *Fern v. United States*, 213 F.2d 674, 677 (9th Cir. 1954) ("Once the adverse party has consented to the amendment of a pleading, the court has no control over the matter under Rule 15(a).").

26-cv-2805-RSH-MSB

The Parties' request to extend Defendant's deadline to respond to the First Amended Complaint is **GRANTED**. ECF No. 5 at 3. Defendant shall respond to the First Amended Complaint on or before **June 22, 2026**.

**IT IS SO ORDERED.**

Dated: May 27, 2026

Hon. Robert S. Huie
United States District Judge

26-cv-2805-RSH-MSB